# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARMENNITA SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil No. 17-cv-00227-JPG-CJP |
| NANCY A. BERRYHILL, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Carmennita Smith and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: September 19, 2017

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY:** *s/Tina Gray*
                                                 **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**